# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| APPALACHIAN VOICES, GOOD STEWARDS OF ROCKINGHAM, STOKES COUNTY BRANCH OF THE NAACP, and WINYAH RIVERS ALLIANCE,<br><br>    *Petitioners,*<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>    *Respondents, and*<br><br>UTILITY WATER ACT GROUP; ELECTRIC ENERGY, INC.; COLETO CREEK POWER, LLC; DYNEGY MIAMI FORT, LLC; DYNEGY MIDWEST GENERATION, LLC; DYNEGY ZIMMER, LLC; ILLINOIS POWER GENERATING COMPANY; ILLINOIS POWER RESOURCES GENERATING, LLC; and KINCAID GENERATION, LLC,<br><br>    *Respondent-Intervenors.* | Case No. 20-2187(L)<br>*consolidated with* No. 20-2244<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1

I am one of the attorneys representing Petitioners Appalachian Voices, Good Stewards of Rockingham, the Stokes County Branch of the NAACP, and Winyah Rivers Alliance. I am withdrawing as counsel because I have accepted a position with a different employer and will be leaving the Southern Environmental Law Center. I have informed the above Petitioners of my departure, and they will continue to be represented by Frank Holleman, Nicholas Torrey, and Megan Kimball.

/s/ Leslie Griffith
Leslie Griffith
Southern Environmental Law Center
601 W. Rosemary Street, Suite 220
Chapel Hill, N.C. 27516
919-967-1450
lgriffith@selcnc.org

*Counsel for Petitioners Appalachian Voices, Good Stewards of Rockingham, Stokes County Branch of the NAACP, and Winyah Rivers Alliance*

# CERTIFICATE OF SERVICE

I certify that on November 3, 2021, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system.

I further certify that all parties or their counsel of record are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

>  */s/* Leslie Griffith
>  Leslie Griffith